**ROSEN ✧ SABA, LLP**

TODD M. LANDER (State Bar No. 173031)
tlander@rosensaba.com
MICHAEL J. PENG (State Bar No. 260852)
mpeng@rosensaba.com
2301 Rosecrans Avenue, Suite 3180
El Segundo, California 90245
Telephone:   (310) 285-1727
Facsimile:    (310) 285-1728

Attorneys for Plaintiff
THE COMEDY STORE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE COMEDY STORE, a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>MOSS ADAMS, LLP, a limited liability partnership; and DOES 1 through 20, inclusive,<br><br>*Defendants.* | Case No. 2:22-cv-05161-ODW-MRW<br><br>**PLAINTIFF THE COMEDY STORE'S RESPONSE TO THE ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION; DECLARATION OF TODD M. LANDER IN SUPPORT**<br><br>*Assigned to the Hon. Otis D. Wright, II*<br>*Complaint filed 7/26/2022*<br>*Trial Date:  None* |



RESPONSE TO OSC; LANDER DECLARATION

Plaintiff THE COMEDY STORE ("Plaintiff") hereby responds to this Court's order to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Under 28 U.S.C. § 1332, federal courts have jurisdiction on the basis of diversity of citizenship if the amount in controversy exceeds $75,000 and the matter is between citizens of different states. 28 U.S.C. § 1332. Plaintiff has alleged such, at Paragraph 13 of the Complaint, alleging that "[t]his Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the parties to this civil action are citizens of different States, and the matter in controversy exceeds $75,000."

### 1. The Parties Are Citizens of Different States.

Here, on the face of the Complaint, Plaintiff alleges that it is a California corporation, organized and existing under the laws of the **State of California**. *See* Complaint ¶ 15. Its principal place of business is located in Los Angeles, California. *Id.*

More specifically, Plaintiff is informed and believes that Defendant Moss Adams ("Defendant") is domiciled in the State of Washington. The Complaint alleges, for example, that Defendant is a limited liability partnership that was organized and exists under the laws of the *State of Washington*. *See* Complaint, ¶ 16. Additionally, and as explained in the accompanying Declaration of Todd M. Lander, Plaintiff's counsel has discussed this issue with Defendant's attorney and confirmed, by way of those discussions that, confirmed that Defendant's headquarters is located in Seattle, Washington and that the Defendant is a domicile of the state of Washington. *See Declaration of Todd M. Lander,* ¶ 2.

### 2. The Amount in Controversy Exceeds $75,000.

On the face of the complaint, Plaintiff alleges damages in excess of $75,000. Specifically, on Page 21, in the Prayer for Relief section, ¶ 1, Plaintiff alleges damages according to proof of "not less than $12,000,000.00."



For these reasons, Plaintiff believes, and thus alleged, that this Court maintains subject-matter jurisdiction over this matter by virtue of the diversity of citizenship of the Plaintiff and Defendant, and the amount in controversy.

DATED: August 2, 2022                                    ROSEN ✧ SABA, LLP

By: _____
TODD M. LANDER
MICHAEL J. PENG
Attorneys for Plaintiff
THE COMEDY STORE



2
RESPONSE TO OSC; LANDER DECLARATION

## DECLARATION OF TODD M. LANDER

I, Todd M. Lander, declare that:

1    I am an attorney duly licensed to practice law in the state of California, and I am a partner in the law firm Rosen Saba LLP, counsel of record in this matter for Plaintiff The Comedy Store. All of the facts set forth in this declaration are known to me personally to be true, unless stated on information and belief, and if called upon to do so I could and would competently testify to them under oath.

2    I spoke, in the weeks before my client filed this action, to counsel for the defendant Moss Adams, LLP ("Defendant"), Stephen Tully of Garrett & Tully. Mr. Tully and I, among other things, addressed the appropriate venue for this litigation. As part of those discussions, Mr. Tully indicated that the Defendant – his client – was headquartered in Seattle, Washington, and that it likewise was domiciled in that state. Mr. Tully's representations comported with my understanding of the Defendant's corporate residence, including that Defendant is a limited liability company organized under the laws of the state of Washington. Given these discussions, and my additional knowledge and understanding of the facts, it is my conclusion that there is absolute diversity of citizenship in this matter between the Plaintiff – a California corporation – and Defendant. I believe Mr. Tully shares my conclusion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on August 2, 2022, at El Segundo, California.



_____
Todd M. Lander

RESPONSE TO OSC; LANDER DECLARATION

